No. 76–383. EHRLICHMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 76–408. ROBLES ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner Robert Dale Hart for leave to proceed *in forma pauperis* granted. Certiorari denied.